**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL R. MCNEIL,

Plaintiff,

Case No.: 6:24-cv-00225-RBD-EJK

vs.

VALERIE KAY KELLER, and
KAYCO, INC., d/b/a KAY'S REAL
PIT BAR-BQ

Defendants.
_________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Michael R. McNeil, and Defendants, Valerie Kay Keller and Kayco, Inc. d/b/a Kay's Real Pit Bar-BQ, through their respective undersigned counsel, that this action may be, and hereby is, dismissed in its entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 30th day of May, 2024.

*/s/ Joe M. Quick*
Joe M. Quick, Esq.
Bar No. 0883794
Law Office of Joe Quick, Esq.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Telephone: 386-212-3591
Email: JMQuickEsq@gmail.com
*Counsel for Plaintiff*

*/s/ Sarah P. L. Reiner*
Sarah P. L. Reiner, Esq. (Lead Counsel)
Florida Bar No.: 0520195
sarah.reiner@gray-robinson.com
Julie M. Zolty, Esq.
Florida Bar No.: 1036454
julie.zolty@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400

Post Office Box 3068 (32802-3068)
Orlando, Florida 32801
Telephone: 407-843-8880
Facsimile: 407-244-5690
*Counsel for Defendants Valerie Kay Keller and Kayco, Inc. d/b/a Kay's Real Pit Bar-BQ*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served the foregoing by electronic transmission to the following: Joe M. Quick, Esq., Attorney for Plaintiff, (JMQuickEsq@gmail.com).

*/s/ Sarah P. L. Reiner*
Sarah P. L. Reiner, Esq.

#60521308 v1